UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUSAN JAGER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MEREDITH CORPORATION, an Iowa corporation,<br><br>    Defendant. | Case No. 4:16-cv-01119-JAR<br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

## STIPULATION OF VOLUNTARY DISMISSAL

WHEREAS, on July 8, 2016, plaintiff Susan Jager filed a civil action in the United States District Court for the Eastern District of Missouri captioned *Jager v. Meredith Corp..*, Case No. 4:16-cv-01119-JAR (the "Action"), which was assigned to the Honorable John A. Ross.

WHEREAS, no class has been certified and no motion for class certification is pending.

NOW THEREFORE,

The parties stipulate that plaintiff Susan Jager's claims in the above-entitled Action will and hereby are voluntarily dismissed without prejudice against Defendant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: May 3, 2017                    McCune Wright Arevalo LLP


By */s/ Emily J. Kirk*
    Emily J. Kirk
    Attorney for Plaintiff

*So Ordered*
*John A. Ross*
5/3/2017

Dated:  May 3, 2017                              Loeb & Loeb LLP


                                    By  /s/ Laura K. McNally
                                        Laura K. McNally
                                        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I, Emily J. Kirk, certify that on this 3rd day of May, 2017, I caused this STIPULATION

OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) to be filed

using the Court's ECF system thereby serving it electronically on all counsel of record.

/s/ Emily J. Kirk
Emily J. Kirk

3